IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00668-WDM-BNB

ROBERT G. MCRANN,

Plaintiff,

v.

UNITEDGLOBALCOM.INC.,
UIH ASIA/PACIFIC COMMUNICATIONS, INC.,
AUSTAR UNITED COMMUNICATIONS, LIMITED,
AUSTAR ENTERTAINMENT PTY LTD.,
CTV PTY LIMITED, and
STV PTY LIMITED,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion to Amend Answer Date for Foreign Defendants and Request to Continue and Reset Rule 16(b) Scheduling Conference and Other Planning Meeting Deadlines Until After the Answer Date** [Doc. # 16, filed 4/19/2007] (the "Motion"). The Motion seeks relief in two forms: (1) confirming that the answer date for the foreign defendants in July 5, 2007 and (2) resetting the Scheduling Conference (currently set for June 1, 2007, at 2:30 p.m.) to a date after the foreign defendants answer. The plaintiff agrees that the foreign defendants must respond to the complaint by July 5, 2007, and does not oppose that part of the Motion. He does oppose resetting the Scheduling Conference to a later date, however.

I find that good cause exists to grant the Motion. Accordingly,

IT IS ORDERED that the foreign defendants shall answer or otherwise respond to the complaint on or before **July 5, 2007**.

IT IS FURTHER ORDERED that the Scheduling Conference set for June 1, 2007, at 2:30 p.m., is VACATED and RESET to **August 14, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order on or before **August 7, 2007**.

Dated May 1, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge