IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00668-WDM-BNB

ROBERT G. MCRANN,

    Plaintiff,

v.

UNITED GLOBALCOM, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file brief in excess is granted to 25 pages.

Dated: June 26, 2007

                                      s/ Jane Trexler, Judicial Assistant